### May 12, 2015

| | | |
|---|---|---|
| CAAP–12–00 00703 | Brutsch v. Brutsch | Affirmed in part and Vacated in part; |

| | | Vacated and Remanded |
|---|---|---|
| CAAP–13–00 04229 | Rodenhurst, In re | Affirmed |
| CAAP–12–00 00098 | Wilson v. Noel | Affirmed |